1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8 | SYLVESTER JAMES MAHONE,

9 |                 Plaintiff,

10 |     v.

11 | PAT MCCARTHY, PAUL PASTOR,
EDDIE PARKER, BALDEROMA,
12 | MARVIN SPENCER, MARTHA KARR,
DANIELS, KATHY MILLER, CARN,
13

CASE NO. C14-5812 BHS-JRC

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND
FORWARD PAYMENTS

14       Plaintiff is a Pierce County prisoner proceeding *pro se* in this civil rights action. The

15 Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and

16 ORDERS as follows:

17       (1)    Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or

18 give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt.

19 1) is GRANTED. As set forth below, an initial partial filing fee will be collected, and plaintiff is

20 thereafter required to make monthly payments of 20 percent of the preceding month's income

21 credited to his account until the full amount of the filing fee is satisfied.

22       (2)    Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in*

23 *forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

Subsequently, if the prisoner's account exceeds $10.00, each month the agency having custody of the prisoner is directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's income credited to the prisoner's account. In the event that the monthly payment would reduce the prisoner's account below $10.00, the agency should collect and forward only that amount which would reduce the prisoner's account to the $10.00 level. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter has been paid.

(3) The Clerk is directed to send a copy of this Order to plaintiff, to the financial officer of this Court, and to the agency having custody of plaintiff.

Dated this 29th day of October, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2