UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE,

          Plaintiff,

v.

PAT MCCARTHY, et al.,

          Defendants.

CASE NO. C14-5812 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 38. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's motion for default judgment is **DENIED**.

Dated this 4th day May, 2015.

                                                      BENJAMIN H. SETTLE
                                                      United States District Judge